IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM M. DEXTER, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION 12-355-WS-M |
| ROBERT SMITH, et al., | : |
| Defendants. | : |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED**.

**DONE** this 31st day of January, 2013.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE