```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

WILLIAM M. DEXTER,                :

    Plaintiff,                    :

v.                                : CIVIL ACTION 12-355-WS-M

ROBERT SMITH, et al.,             :

    Defendants.                   :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED**.

**DONE** this 31st day of January, 2013.

                                        s/WILLIAM H. STEELE
                                      CHIEF UNITED STATES DISTRICT JUDGE